**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY P. BLUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.   4:08CV1392(JCH) |
| | ) | |
| MISSOURI DEPARTMENT OF SOCIAL | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendant.. | ) | |

## ORDER

Pursuant to the Order Referring Case to Alternative Dispute Resolution entered this date,

**IT IS HEREBY ORDERED** that the deadlines set forth are to be met timely with the

appropriate forms filed with the Clerk of the District Court as indicated in the Order Referring

Case to Alternative Dispute Resolution.  If a deadline cannot be met, the designated lead counsel

shall file a motion requesting an extension of the deadline prior to the expiration of that deadline.

**IT IS FURTHER ORDERED** that if compliance with a deadline set forth in the Order

Referring Case to Alternative Dispute Resolution has not occurred, such noncompliance may

result in the imposition of sanctions to the appropriate party or parties.

Dated this 1st day of June, 2009.

_____\s\   Jean C. Hamilton_____
UNITED STATES DISTRICT JUDGE